Case 1:21-cr-00855-JCH   Document 80   Filed 11/06/24   Page 1 of 3

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **Eric Flores** | Case Number: **1:21CR00855-001JCH** |
| | USM Number: **94363-051** |
| | Defendant's Attorney: **Devon Fooks** |

**THE DEFENDANT:**

☒ admitted guilt to violations of condition(s) **Special, Standard, Mandatory** of the term of supervision.
☐ was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | The defendant failed to reside in a residential reentry center for a term of (up to) 180 days and failed to follow the rules and regulations of the center. | 11/04/2023 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **8463** | **November 5, 2024** |
| Last Four Digits of Defendant's Soc. Sec. No. | Date of Imposition of Judgment |
| | |
| **1995** | **/s/ Judith C. Herrera** |
| Defendant's Year of Birth | Signature of Judge |
| | |
| | **Honorable Judith C. Herrera** |
| **Albuquerque, NM** | **Senior United States District Judge** |
| City and State of Defendant's Residence | Name and Title of Judge |
| | |
| | **November 6, 2024** |
| | Date |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment - Page 2 of 3

DEFENDANT: **Eric Flores**
CASE NUMBER: **1:21CR00855-001JCH**

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition | The defendant failed to live at a place approved by the probation officer. The defendant failed to notify the probation officer of the plan to change where he lived or anything about his living arrangements (such as the people he lives with), and failed to notify the probation officer at least 10 days before the change. The defendant failed to notify the probation officer in advance due to unanticipated circumstances within 72 hours of becoming aware of a change or expected change. | 11/04/2023 |
| Special Condition | The defendant failed to refrain from possessing, selling, offering for sale, transporting, causing to affect interstate commerce, importing, or exporting any drug paraphernalia, as defined in 21 U.S.C. 863 (d). | 11/04/2023 |
| Mandatory Condition | The defendant committed another federal, state or local crime. | 04/25/2024 |

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Judgment - Page 3 of 3

**DEFENDANT: Eric Flores**
**CASE NUMBER: 1:21CR00855-001JCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **14 months**.

**Court recommends Defendant remain at Cibola until medical appointment has taken place.**

**A term of supervised release will not be reimposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:


☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at  on .
  ☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on  01/22/2025  to
FCC Victorville  at  1816 HRS  with a certified copy of this judgment.

B LOPZ
~~UNITED STATES MARSHAL~~   CSO

By  C. LEPE
~~DEPUTY UNITED STATES MARSHAL~~
WARDEN



U.S. Department of Justice
Federal Bureau of Prisons
United States Penitentiary, Victorville

P.O. Box 5400
Adelanto, CA 92301

Official Business

FIRST-CLASS

U.S. OFFICIAL MAIL
US POSTAGE ™ PITNEY BOWES
ZIP 92394 $ 000.690
02 7H
0005951544   FEB 07 2025

NEW MEXICO DISTRICT COURT
100 N. CHURCH STREET
LAS CRUCES, NM 88001

RECEIVED
FEB 13 2025
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
MITCHELL R. ELFERS
CLERK OF COURT

VIP
RECORDS